

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Akeem Enakele,

Vs. No. 11-18-00235-CR

The State of Texas,

* From the County Court at Law No. 2
  of Ector County,
  Trial Court No. 17-4656-CCL2.

* September 25, 2020

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Appellant pleaded "not guilty," and we affirm as modified.